UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

                    Plaintiff,

          -against-

HUDSON EXCESS INSURANCE COMPANY,

                    Defendant,

          and

CRISTHIAN YUNGAN,

                    Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2025

25 Civ. 6048 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated November 21, 2025, the Court ordered Plaintiff to correct deficiencies in service as to nominal defendant Christian Yungan, and to file proof of such service on the docket by December 12, 2025. *See* ECF No. 34. That submission is now overdue. Accordingly, by **January 2, 2026**, Plaintiff shall serve the summons and complaint on Yungan and file proof of such service on the docket. Failure to comply with this order may result in dismissal of this action as to Yungan for failure to comply with Court orders under Federal Rule of Civil Procedure 41(b).

          SO ORDERED.

Dated:  December 19, 2025
          New York, New York

                                        _____
                                             ANALISA TORRES
                                        United States District Judge