UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

Plaintiff,

-against-

HUDSON EXCESS INSURANCE COMPANY,

Defendant,

and

CRISTHIAN YUNGAN,

Nominal Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/12/2026
```

25 Civ. 6048 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter filed on December 29, 2025, *see* ECF No. 39, and is aware that an electronic summons has been issued for nominal defendant Cristhian Yungan, *see* ECF No. 41.[1]  By order dated December 19, 2025, the Court ordered that proper service be effected on Yungan by January 2, 2026, and that proof of service be filed on the docket.  *See* ECF No. 35.  That submission is now overdue.  Accordingly, by **January 16, 2026**, Plaintiff shall file proof of service on Yungan on the docket.

If, for any reason, Plaintiff is unable to comply with the terms of this Court's order, Plaintiff may request an extension of time to do so in accordance with Rule I(C) of the undersigned's Individual Practices in Civil Cases; the Court will not consider a further status update letter, such as Plaintiff's December 29 letter, to constitute compliance with the terms of this order unless such letter contains a request for an extension.

SO ORDERED.

Dated: January 12, 2026
    New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The Court appreciates that Plaintiff attempted to serve Yungan through "his counsel in the underlying action due to its understanding that Mr. Yungan had legal representation."  ECF No. 39 at 1.  However, as the Court explained in its November 11, 2025, order, that service does not comply with the requirements of N.Y. C.P.L.R. § 308 (nor with the requirements of Federal Rule of Civil Procedure 4(e)(1)–(2)).  *See* ECF No. 34.  Although Yungan may be represented in the underlying action, his attorneys in that action have not appeared in this action and service on them therefore does not constitute service of process.