UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

　　　　　　　　Plaintiff,

　　-against-

HUDSON EXCESS INSURANCE COMPANY,

　　　　　　　　Defendant,

　　　and

CRISTHIAN YUNGAN,

　　　　　　　　Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2026_____

25 Civ. 6048 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 12, 2026, the Court ordered Plaintiff to file proof of service of the summons and complaint on defendant Cristhian Yungan by January 16, 2026.  ECF No. 42.  That submission is now overdue, and no request for extension or other update has been filed on the docket.  Accordingly, Plaintiff shall properly serve Yungan and file proof of such service on the docket by **January 23, 2026**.  Failure to comply with this order may provide grounds to dismiss the action against Yungan under Federal Rule of Civil Procedure 41(b).

　　　SO ORDERED.

Dated: January 20, 2026
　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　United States District Judge