- 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

                                    Plaintiff,

                -against-

HUDSON EXCESS INSURANCE COMPANY,

                                    Defendant,

                and

CRISTHIAN YUNGAN,

                                    Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/2026

25 Civ. 6048 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's pre-motion letter regarding its anticipated motion for summary judgment and Defendant Hudson Excess Insurance Company's response.  *See* ECF Nos. 54, 57.  Accordingly:

- By **July 24, 2026**, Plaintiff shall file its motion for summary judgment.
- By **September 4, 2026,** Defendant Hudson Excess Insurance Company shall respond.
- By **September 25, 2026**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: June 12, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge