USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

Weber Gallagher

1500 Broadway, Suite 2401
New York, NY 10036

T: (516) 408-2422
F: (516) 461-3271

George L. Maniatis
Partner

Direct Dial: (516 367-0274
Email: george.maniatis@wglaw.com

September 16, 2026

**VIA ECF**
District Judge Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St., Room 15D
New York, NY 10007-1312

Re.: ***Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Cristhian Yungan***
Case 1:25-cv-06048-AT
WG File No.: 0216467

Dear Judge Torres:

We are counsel for Defendant, Hudson Excess Insurance Company ("Hudson") in the above matter. Pursuant to the Court's July 23, 2026 Order, Defendant, Hudson Excess Insurance Company ("Hudson") respectfully requests that the Summary Judgment briefing schedule be adjourned as follows:

Hudson's opposition to Plaintiff's motion for summary judgment, which is currently due on September 18, 2026, be adjourned until October 19, 2026;

Plaintiff's reply, which is currently due on October 9, 2026, be adjourned until November 19, 2026

Hudson requests the adjournment of the briefing dates due to counsel's personal medical reasons.

This is Hudson's first request for an adjournment or extension.

Thank you for the Court's courtesy.

Respectfully Submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

GEORGE L. MANIATIS

cc: **Via ECF**
William J. Edwins, Esq.
Mathew Goldman, Esq.
*Attorneys for Plaintiff*
Southwest Marine and General Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038

GRANTED. By **October 19, 2026**, Hudson shall file its opposition to the pending motion for summary judgment. By **November 19, 2026**, Plaintiff shall file its reply. All future requests for extension of time shall state whether the opposing party consents to the request. *See* Individual Practices in Civil Cases, Rule I(C).

SO ORDERED.

Dated: September 17, 2026
New York, New York

ANALISA TORRES
United States District Judge